UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:

RINDA LEGUIRE and LONZO
LEGUIRE,

     Plaintiffs,

v.                                                                    **JURY TRIAL DEMANDED**

OCEAN AVENUE EQUITIES, LLC, a foreign
limited liability company d/b/a COLUMBIA MOTEL,
HALLMARK ADAMS REALTY GROUP, INC., a
Florida corporation, CYNTHIA D. ADAMS, an
individual, and DAVID GOTTLIEB, an individual,

     Defendants.

_____/

## COMPLAINT FOR DAMAGES

Plaintiffs, RINDA LEGUIRE (hereinafter "R. LEGUIRE") and LONZO LEGUIRE (hereinafter "L. LEGUIRE") by and through their undersigned attorney, file this, their Complaint for Damages against Defendants, OCEAN AVENUE EQUITIES, LLC d/b/a COLUMBIA MOTEL (hereinafter, "COLUMBIA"), HALLMARK ADAMS REALTY GROUP, INC., and DAVID GOTTLIEB, and states as follows:

## INTRODUCTION

1. This is an action to recover unpaid minimum wage compensation under the Fair Labor Standards Act, as amended, 29 U.S.C. § 201 *et. seq,* (hereinafter "FLSA") and the Florida Minimum Wage Amendment, Article X, §24 of the Florida Constitution.